Nettie McGrayel, appellee, v. City of Chicago, appellant. Gen. No, 26,056.

Action for personal injuries caused by stepping into hole in highway. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. James C. McShane, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Daniel Duffy, appellee, v. P. F. McCarthy and M. E. Byrne, trading as McCarthy & Byrne. P. F. McCarthy, appellant. Gen. No. 26,088.

Action to recover rents collected by an agent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920. Rehearing denied December 13, 1920. Certiorari denied by Supreme Court (making opinion final).

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Arthur Manning, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

H. Schwartz, appellee, v. Rubin Weisbrod, appellant. Gen. No. 26,113.

Action to recover for fraudulent conversion of earrings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920.

Williams & Ryer, for appellant; Julian C. Ryer, of counsel. H. F. Tucker, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Mary Seegers, appellee, v. Chicago Railways Company, et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 26,132.

Action for injuries to passenger stepping into hole in highway when alighting from street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920.

Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and Robert J. Slater, of counsel. Adelor J. Petit and Dwight McKay, for appellee.

Mr. Justice Dever delivered the opinion of the court.